NUMBER 13-05-582-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

JESUS MENDEZ, III, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 24th District Court 


of Victoria County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, JESUS MENDEZ, III, perfected an appeal from an order entered by the 
24th District Court of Victoria County, Texas, in cause number 01-2-18,700-A. On
February 22, 2007, this cause was abated, and the trial court was directed to conduct
a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on April 2, 2007. The trial court found that the
appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 19th day of April, 2007.